ACCEPTED
05-18-00467-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 3:02 PM
LISA MATZ
CLERK

## NO. 05-18-00467-CV

**IN THE COURT OF APPEALS
FIFTH APPELLATE DISTRICT OF TEXAS
AT DALLAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 3:02:54 PM
LISA MATZ
Clerk

## LARRY GREB

### Appellant

### v.

**BRET MADOLE AND CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, LLP**

### Appellees

## TRIAL COURT CASE NUMBER DC-16-12734

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**MICHAEL D. MOSHER**
**State Bar No. 14580100**
**ROLAND A. MOSHER**
**STATE BAR NO. 24098147**
**THE MOSHER JUSTICE CENTER**
**50 NORTH MAIN**
**PARIS, TEXAS   75460**
**(903) 785-4721 TELEPHONE**
**(903) 785-5319 FAX**

**ORAL ARGUMENT REQUESTED**

Pursuant to Appellate Rule 10.5(b), the Appellant, Larry Greb, files this request for a 21-day extension of time to file Appellant's Brief as follows.

The Appellant's Brief is currently due on June 7, 2018. Appellant requests a 21-day extension to file her brief, which would make the new due date June 28, 201787. This is the first extension requested by Appellant for filing this brief. Appellant requests this additional time to file his brief because counsel has been unable to adequately prepare his brief for the following reasons:

First, the Clerk's Records was filed on May 8, 2018 but Michael D. Mosher did not receive the notification sent to him by the Clerk of the Fifth Court of Appeals that the record had been filed due to some electronic communication issue. Mr. Mosher was not aware that the Clerk's Record had been filed until he contacted the Clerk's Office on May 22, 2018. The notice did go to counsel's Houston office email, but the Houston office was unaware that the notice to Michael Mosher simply did not go through. At the time the office learned of the filing of the record, and therefore the due date of the brief, Mr. Mosher was in New York on another case, styled Julie Hecht vs. Dr. Harold Been pending in Index No. 22081/2012E in the Supreme Court of the State of New York, County of Bronx.

For these reasons Mr. Mosher has not had adequate time to properly prepare this brief. This request is not made for purpose of delay, but to permit Appellant sufficient time to prepare his brief.

## PRAYER

The Appellant respectfully requests that the Court grant a 21-day extension of time to file his brief, extending the date to file the brief from June 7, 2018 until June 28, 2018.

Respectfully submitted,

THE MOSHER JUSTICE CENTER

/s/ Michael D. Mosher
MICHAEL D. MOSHER
STATE BAR NO. 14580100
ROLAND A. MOSHER
STATE BAR NO. 24098147
THE MOSHER JUSTICE CENTER
50 NORTH MAIN
PARIS, TEXAS 75460
(903) 785-4721 TELEPHONE
(903) 785-5319 FAX
mdm@mosherjusticectr.com
ram@mosherjusticectr.com

DATE: June 4, 2018.

## CERTIFICATE OF CONFERENCE

I have contacted David N. Kitner, Attorney for Appellant, regarding the relief sought by this motion and he has no objection to the motion.

/s/ Michael D. Mosher
Michael D. Mosher

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure, on June 4, 2018.

/s/ Michael D. Mosher
Michael D Mosher